| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JaVonne M. Phillips, Esq. SBN 187474<br>**McCarthy & Holthus, LLP**<br>411 Ivy Street<br>San Diego, CA 92101<br>Phone (877) 369-6122<br>Fax (619) 685-4811<br>bknotice@mccarthyholthus.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for: Nationstar Mortgage LLC d/b/a Mr. Cooper as servicing agent for HSBC Bank USA, National Association as Trustee for Sequoia Mortgage Trust 2004-9* | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Emma I. Ocampo,<br><br><br><br><br>                                                              Debtor. | CASE NO.: 2:20-bk-17469-SK<br><br>CHAPTER: 13 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:   ORDER GRANTING MOTION FOR RELIEF** |

PLEASE TAKE NOTE that the order titled ORDER GRANTING MOTION FOR RELIEF was lodged on (date) <u>12/14/2020</u> and is attached.  This order relates to the motion which is docket number <u>28</u>.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT A – Proposed Order

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 2     **F 9021-1.2.BK.NOTICE.LODGMENT**

M&H File No. CA-20-163923

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
411 Ivy Street
San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION FOR ADEQUATE PROTECTION; NOTICE OF LODGMENT OF ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **12/14/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**TRUSTEE**
Kathy A Dockery (TR)
efiling@latrustee.com

**DEBTOR(S) COUNSEL**
Stephen S. Smyth
stephen@smythlo.com

**US TRUSTEE**
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **12/14/2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR(S)**
Emma I. Ocampo, 19127 Amber Valley Drive, Walnut, CA 91789

**BORROWER(S)**
Rodney Marinduque, 19127 Amber Valley, Walnut, CA 91789

**OTHER LIEN HOLDER(S)**
Poser Investments, Inc., P.O. Box 850, Sierra Madre, CA 91025

**JUDGE'S COPY**
The Honorable Judge, Sandra R. Klein, United States Bankruptcy Court - Los Angeles Division, 255 E. Temple Street, Suite 1582 / Courtroom 1575, Los Angeles, Ca, 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **12/14/2020** | **Hue Banh** | /s/ Hue Banh |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE